IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                               CHAPTER 13 CASE
                                                                            NO. 09-31650

Davis, Craig S. & Sharon A.,

    Debtor(s).

## APPLICATION FOR APPROVAL OF REALTOR FEES

COMES NOW, the undersigned realtor, whose employment was approved by this Honorable Court pursuant to 11 U.S.C. §327 in the above-styled case and respectfully requests this Honorable Court to approve Realtor fees incurred in conjunction with the representation and subsequent sale of the debtor(s) real property as follows:

1. On or about June 15, 2009, the Debtor(s) employed realtor and for that representation agreed to pay the undersigned commission of 5.5%. The Debtor has filed an application with this Court for the approval of this employment that was granted by this Court on November 2, 2009.

2. The Realtor negotiated a contract and sold real property for $231.600.00. Under the agreement executed by the Debtor(s) and approved by this Court, the realtor is entitled to realtor fees in the amount of $12,738.00 which represent 5.5% of the gross sales price.

3. The undersigned counsel has filed a motion for the approval of the sale of the real property.

WHEREFORE, the undersigned respectfully petitions this Honorable Court to approve realtor fees paid to REALTOR in the amount of $12,738.00.

Respectfully submitted this day: November 5, 2009.

                                                       /s/ *Richard D. Shinbaum*
                                                       *Attorney for Debtor*

                                                       Shinbaum, McLeod & Campbell, P.C.
                                                       566 South Perry Street
                                                       Post Office Box 201
                                                       Montgomery, AL 36101-0201

# CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing APPLICATION FOR APPROVAL OF REALTOR FEES AND EXPENSES on the parties listed below by either electronic mail or by placing same in the United States Mail, postage prepaid and properly addressed, this day: November 5, 2009.

/s/ *Richard D. Shinbaum*
*Attorney for Debtor*

Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201

Curtis C. Reding
Office of the Chapter 13 Trustee
P. O. Box 173
Montgomery, AL 36101-0173

Teresa R. Jacobs
Bankruptcy Administrator
U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104

Tuesday 10:10 Home Insp

## SELLER'S ESTIMATED NET PROCEEDS

COMPANY C21 Southern Star ASSOCIATE R Puley SELLER Davis
PROPERTY 38 Cobb Tract MLS# 265346 PURCHASER Bailey
MORTGAGE CO. _____ PH# _____ LOAN# _____
ABSTRACT LOCATION _____ ATTORNEY _____
HAZARD INS CO. _____ INS AGENT _____
TERMITE BOND ☐ NO ☑ YES COMPANY _____
TYPE SALE: VA ✓   FHA ___   CONV ___   EQUITY ___   OTHER ___
PURPOSE OF ESTIMATE (Check One)   ☐ Listing   ☑ Offer

SALES PRICE .............................................. $ 231,000.—

LESS:
- MORTGAGE BALANCE* ........................... $ 216,800.—
- OTHER MORTGAGE* ............................... $ _____
- PRO-RATED INTEREST* ........................... $ _____
- TAX PRORATION* .................................. $ _____
- REALTOR FEE ........ 5.5% ...................... $ 12,738.—
- DISCOUNT POINTS** .... % ..................... $ _____
- CLOSING COST ........ % ....................... $ 3000.—
- ABSTRACT REDATE ................................ $ _____
- DEED PREPARATION ............................... $ _____
- HOME WARRANTY ................................. $ 445.—
- TERMITE INSPECTION ............................. $ _____
- APPRAISAL FEE ................................... $ _____
- OTHER ............................................. $ _____
- OTHER ............................................. $ _____

ESTIMATED DEDUCTIONS ........................ $ 231,920.—

ESTIMATED NET TO SELLER, LESS ANY REQUIRED REPAIRS, LIENS, JUDGMENTS, TAXES, PRORATED INTEREST UNKNOWN AT THIS TIME ... $ (-320.00)

The above figures are ESTIMATES only and are subject to change at closing. Neither any real estate agency, agent nor associate makes any representation, covenant or warranty as to the accuracy or correctness of the items shown or the amounts shown. Seller may obtain exact items and amounts from the closing attorney. THIS IS NOT A CLOSING STATEMENT. Seller acknowledges receipt of this Seller's Estimated Net Proceeds at the time the listing was taken and/or an offer was presented.
*APPROXIMATE AMOUNT BASED ON INFORMATION FURNISHED BY SELLER.
* DISCOUNT POINTS ARE SUBJECT TO CHANGE.

DATE 8-14-09          SELLER _____
PREPARED BY Tony Puley   SELLER _____
                         DATE ACCEPTED 8/14/09

1963 Multiple Listing Service Inc of the Montgomery Area Association of REALTORS, Inc. Permission to use this form granted to members of the Montgomery Area Association of REALTORS, Inc./ MLS Form No. 23102-93